### BURROWS, Appellant, v. WEBSTER, Respondent.

(Supreme Court, General Term, Fifth Department. June 23, 1893.)

Action by David E. Burrows against Henry Webster.

No opinion. Judgment affirmed on the opinion written upon a former hearing. 21 N. Y. Supp. 828.

### In re BELMONT PARK.

(Supreme Court, General Term, Fifth Department. June 23, 1893.)

Proceeding to widen Belmont park.

No opinion. Order and report appealed from affirmed, with costs.

### DEPUY, Appellant, v. COOK, Respondent.

(Supreme Court, General Term, Fifth Department. June 23, 1893.)

Action by Abigail Depuy against Jane Cook.

No opinion. Judgment appealed from reversed, on the opinion of Reinhardt v. Fritzsche, 23 N. Y. Supp. 958, (decided at the present term.) Bradley, J., not voting.

### FENNER, Appellant, v. HUMPHREY et al., Respondents.

(Supreme Court, General Term, Fifth Department. June 23, 1893.)

Action by Marion D. Fenner against L. Hayden Humphrey and others.

No opinion. Order of the Wyoming county court appealed from affirmed, with $10 costs and disbursements.

### FENNER, Appellant, v. HUMPHREY et al., Respondents.

(Supreme Court, General Term, Fifth Department. June 23, 1893.)

Action by Maurice D. Fenner against L. Hayden Humphrey and another.

No opinion. Order of the Wyoming county court appealed from affirmed, with $10 costs and disbursements.

### FROMM v. IDE.

(Supreme Court, General Term, Fifth Department. June 23, 1893.)

Action by Valentine Fromm against Daniel Ide.

No opinion. Motion for leave to appeal to the court of appeals granted. See 23 N. Y. Supp. 56.

### FULTON, Respondent, v. MACNOE, Appellant.

(Supreme Court, General Term, Fifth Department. June 23, 1893.)

Action by Celinda A. Fulton against George Macnoe.

No opinion. Interlocutory judgment appealed from affirmed, on authority of Goetz v. Ballou, 64 Hun, 490, 19 N. Y. Supp. 433. Haight, J., not voting.